THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
DECATUR DIVISION

| | |
|---|---|
| IN RE: <br><br> BILLY TAYLOR, <br><br> Debtor. <br><br> BILLY TAYLOR, <br><br> Plaintiff, <br> v. <br><br> PENTAGON FEDERAL CREDIT UNION, <br><br> Defendant. | CASE NO. 19-70361-CRJ <br><br> CHAPTER: 13 <br><br> JUDGE: HONORABLE CLIFTON R. JESSUP JR. <br><br> CONTESTED MATTER <br><br> ADVERSARY PROC NO. 20-80154-CRJ |

**PENTAGON FEDERAL CREDIT UNION'S SUPPLEMENT
TO MOTION TO APPROVE COMPROMISE SETTLMENT STATEMENT**

COMES NOW, Pentagon Federal Credit Union ("PenFed" or "Defendant") and as directed by this Court files its Supplement to Motion to Approve Compromise and would respectfully show the Court as follows:

1. Upon receipt of the instant Complaint, PenFed promptly reviewed the loan and confirmed that it was coded for active bankruptcy. This review further confirmed that PenFed had initiated the refund of the funds at issue to Plaintiff's account.

2. PenFed then, through counsel, engaged Plaintiff's counsel to discuss the allegations contained in the Complaint and the parties agreed to an amicable resolution of all claims contained in Plaintiff's Complaint.

3. PenFed has completed a comprehensive review of its processes and procedures to ensure the appropriate measures are in place to determine when a loan is subject to an active bankruptcy proceeding, the processes that must be completed to ensure no actions are taken that

- 1 -   CASE NO. 20-80154-CRJ
**Supplement to Motion to Approve Compromise**
Case 20-80154-CRJ   Doc 13   Filed 03/15/21   Entered 03/15/21 20:38:26   Desc Main
Document   Page 1 of 3

may be construed as violations of the automatic stay, and procedures necessary to circumvent any potential violations of the automatic stay.

4. PenFed recognizes the seriousness of the automatic stay under 11 U.S.C. Section 362, any violations of the automatic stay, and the importance of compliance with the automatic stay.

Respectfully submitted on this 15th day of March, 2021.

**ALDRIDGE PITE, LLP**

/s/ Bryce Noel
Bryce Noel
Alabama Bar No. 5430-H47Y
*Attorney for Defendant*
Fifteen Piedmont Center
3575 Piedmont Road NE, Suite 500
Atlanta, Georgia 30305
Telephone: (404) 994-7304
BNoel@aldridgepite.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - DECATUR DIVISION

| | |
|---|---|
| IN RE:<br><br>BILLY TAYLOR,<br><br>        Debtor. | Case No. 19-70361-CRJ13<br>Adversary Proc No. 20-80154-CRJ<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the March 15, 2021, I served a copy of PENTAGON FEDERAL CREDIT UNION'S SUPPLEMENT TO MOTION TO APPROVE COMPROMISE SETTLEMENT STATEMENT which was filed in this matter on the March 15, 2021, in the manner indicated:

**The following parties have been served via e-mail**:

John C. Larsen

Michele T. Hatcher

**The following parties have been served via U.S. First Class Mail**:

Billy Taylor
711 Tupelo Pike Rd.
Scottsboro, AL 35768

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: March 15, 2021

Signature: /s/ Bryce Noel
Printed Name: Bryce Noel ASB-5430-H47Y

Address: Aldridge Pite, LLP
3575 Piedmont Road, N.E. Suite 500
Atlanta, GA 30305
Phone: (858) 750-7600
Fax: (619) 590-1385